# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF**

v.         No. 3:18-cv-85-DPM

**RACHELLE ELDRIDGE-BRAY;**
**and TAX & FINANCIAL**
**ADVANTAGE GROUP, INC.**         **DEFENDANTS**

## PERMANENT INJUNCTION

Motion, № 7, granted. Tax & Financial has not answered or otherwise appeared. Service was waived by the corporation's sole officer and registered agent. № 1 at 3; № 4. All material facts alleged in the United States' complaint are deemed admitted by the default. Based on those facts, and Tax & Financials stipulation, № 2-3, the United States is entitled to an injunction against this company to prevent recurrence of the conduct. 26 U.S.C. § 7407(b)(1)(A)-(D) & 26 U.S.C. § 7407(b)(2). Tax & Financial shall not participate in the tax return business. FED. R. CIV. P. 65(d)(1). Tax and Financial is permanently enjoined from doing these things:

(1) acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person or entity other than itself;

(2) owning, operating, managing, working in, investing in, providing capital loans to, receiving fees or remuneration from, controlling, licensing, consulting with, or franchising a tax return preparation business;

(3) maintaining, assigning, holding, using, or obtaining a Preparer Tax Identification Number (PTIN) or an Electronic Filing Identification Number (EFIN);

(4) engaging in any other activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6701, or any other penalty provision in the Internal Revenue Code (26 U.S.C.); and

(5) engaging in any conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

Tax & Financial shall also close all tax return preparation stores it owns itself or through an entity, whether these stores do business as Tax & Financial or under any other name.

The United States may conduct discovery to monitor Tax & Financial's compliance with this permanent injunction.

The Court retains jurisdiction over Tax & Financial and over this action to enforce this permanent injunction.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2018