# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                          No. 3:18-cv-85-DPM

**RACHELLE ELDRIDGE-BRAY;**
**and TAX & FINANCIAL**
**ADVANTAGE GROUP, INC.**                              **DEFENDANTS**

## JUDGMENT

The United States shall have judgment on its complaint against Rachelle Eldridge-Bray and Tax & Financial Advantage Group, Inc. for the permanent injunctive relief previously ordered. The Court retains jurisdiction to enforce this Judgment and those injunctions.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2018